IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

Application of Storag Etzel GmbH for an
Order, Pursuant to 28 U.S.C. § 1782, to Obtain
Discovery for Use in a Foreign Proceeding

Case No.:

MISC. CASE # 19-209
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CONFIDENTIAL
FILED UNDER SEAL

### [PROPOSED] ORDER

Upon the Motion of Applicant Storag Etzel GmbH ("Applicant"), and for good cause shown,

IT IS HEREBY ORDERED this 29 day of August, 2019, that Applicant may NOT file its Application, supporting Memorandum of Points and Authorities, supporting declarations, and any related documents and exhibits thereto, in the above-captioned matter under seal. Applicant shall file a public version of its Application, Proposed Section 1782 Discovery Order, Memorandum of Points and Authorities, Declaration of Timothy P. Harkness, and exhibits thereto, with the confidential information redacted, within seven days of this Order. Applicant's Motion for Leave to File Under Seal and the Declaration in Support of the Application (and all exhibits thereto) shall remain under seal. [FN]

_____
United States District Judge

[FN] I do not think German arbitration rules provide good cause for sealed proceedings in U.S. Courts. But that's the only reason offered.

{1252.001-W0057430.}