IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

Application of Storag Etzel GmbH for an
Order, Pursuant to 28 U.S.C. § 1782, to Obtain
Discovery for Use in a Foreign Proceeding

Case No.: 19-mc-00209-CFC

Redacted Document Filed January 16, 2020
Sealed Document Filed January 9, 2020 (DI 34)

## SUPPLEMENTAL DECLARATION IN SUPPORT OF THE APPLICATION

Pursuant to 28 U.S.C. § 1746, I, ▮▮▮▮▮▮▮▮ declare:

1.      I am a partner of the international law firm Freshfields Bruckhaus Deringer LLP ("Freshfields"). I am an attorney qualified in Germany (Rechtsanwalt), and I am admitted to the Bar in Frankfurt am Main in good standing. I also hold a Master of Laws Degree from the University of Miami.

2.      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3.      I submit this Supplemental Declaration in support of Storag's Reply Brief in Further Support of Its Application pursuant to 28 U.S.C. § 1782 ("Section 1782") for discovery from Baker Hughes, a GE Company, LLC (the "Application").

1

2

**There Are No Rules Or Decisions** ██████████████
**That Prohibit Or Limit The Discovery Storag Seeks From Baker Hughes**

4.      ███████████████████████████████████████████

███████████████████████████████████████████

████████████████████ ██ ██████████████████████

5.      ███████████████████████████████████████████

███████████████████████████

6.      ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

7.      ███████████████████████████████████████████

████████████████████████████████████████

**Baker Hughes Misstates The Relevance Of**
**Storag's Discovery Requests** ███████████████.

8.      ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████

9.      ███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████

10.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████

11.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████

12.    ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████ Storag believes that Baker Hughes is in possession of documents –– ████████

██████████████ – that would enable it to prove ████████████████████████

████████████████████████████████████       .

**Baker Hughes Misstates The Relevance Of**
**The ███████████ Between Other Parties To Storag's Application**

13.     I am not aware of any statement or court ruling in the ████████[1] that

would affect Storag's need for the discovery requested for the ████████ Storag is not a

party in the ████████. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████

**Discovery From Baker Hughes Is Needed For**
**Storag's Upcoming Briefs ████████████**

14.     ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████

15.     ████████████████████████████████

████████████████████████████████████

████████████████████████████████ The discovery

sought by Storag in its Application is relevant for its brief as the discovery requests ████

████████████████████ Storag expects that discovery will uncover documents

---

[1] ████████████████████████████████████████
████████████████████████ Storag is not a party to this proceeding.

that show that key evidence was withheld from █████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████████████████████████

16.     Furthermore, Storag has not submitted its reply brief ██████████████ for which

it will depend on the documents its Application seeks from Baker Hughes. ███████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

█████████████████████████████

17.     Accordingly, Baker Hughes' attempt to delay discovery by seeking to stay the

1782 proceeding risks irrevocable prejudice to Storag because delaying discovery would prevent

Storag from being able to fully argue its case (making use of documents held by Baker Hughes)

in both its █████████████████████████████████████ Storag cannot access the

highly relevant documents held by Baker Hughes in the US without this Court's assistance as the

Tribunal does not have subpoena power over Baker Hughes as a non-party to █████████████

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed January *9*, 2020, in *Frankfurt am Main*, Germany

                                                            ████████████████████████████

                                            By: ████████████████████████████

                                                    ███████████████████

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on January 9, 2020, a true and correct

copy of the foregoing *Supplemental Declaration in Support of the Application* was caused to be

electronically filed with the Clerk of the Court using CM/ECF, which will send notification of

such filing to the following counsel of record:

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Respondent Baker Hughes, a GE Company, LLC*

I further certify that on January 9, 2020, I caused the foregoing document to be served via

electronic mail upon the above-listed counsel.

Dated:  January 9, 2020                     LANDIS RATH & COBB LLP


                                            /s/ Rebecca L. Butcher
                                            Rebecca L. Butcher (No. 3816)
                                            Matthew R. Pierce (No. 5946)
                                            919 Market Street, Suite 1800
                                            Wilmington, DE  19801
                                            Telephone: (302) 467-4400
                                            Facsimile:  (302) 467-4450
                                            Email: butcher@lrclaw.com
                                                   pierce@lrclaw.com

                                            *Attorneys for Applicant Storag Etzel GmbH*