# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Application of Storag Etzel GmbH for an Order,
Pursuant to 28 U.S.C. § 1782, to Obtain
Discovery for Use in a Foreign Proceeding

)
)
)
)
)
)
)
)
)
)
)

**Case No.: 19-mc-00209-CFC**

### [PROPOSED] ORDER

Upon the Motion of Applicant Storag Etzel GmbH ("Storag"), and for good cause shown,

IT IS HEREBY ORDERED this _____ day of March 2020, that Storag may file the reply

to Baker Hughes' Brief in Support of Its Redactions, D.I. 46, attached to Storag's Motion.


_____
The Honorable Colm F. Connolly
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Application of Storag Etzel GmbH for an Order,
Pursuant to 28 U.S.C. § 1782, to Obtain
Discovery for Use in a Foreign Proceeding

)
)
)
)
)
)
)
)
)
)
)

**Case No.: 19-mc-00209-CFC**

### [PROPOSED] ORDER

Upon the Motion of Applicant Storag Etzel GmbH ("Storag"), and for good cause shown,

IT IS HEREBY ORDERED this _____ day of March 2020, that any additional arguments on the merits of the Application made in the parties' submissions to the Special Master shall not be considered by the Court in adjudicating Storag's Application or by the Special Master in adjudicating his Assigned Duties, including during the Special Master's hearing.

_____
The Honorable Colm F. Connolly
United States District Judge