## CERTIFICATE OF SERVICE

I, Matthew R. Pierce, Esquire hereby certify that on March 11, 2020, a true and correct copy of *Storag Etzel GmbH's Motion for the Exclusion of Additional Post-Briefing Arguments on the Merits, or, in the Alternative, for Leave to File a Reply to Baker Hughes' Brief in Support of Its Redactions* was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Anne Shea Gaza (No. 4093) - agaza@ycst.com
Robert M. Vrana (No. 5666) - rvrana@ycst.com
Samantha G. Wilson (No. 5816) - swilson@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Respondent Baker Hughes, a GE Company, LLC*

I further certify that on March 11, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and also via electronic mail upon Rodney A. Smolla, Special Master at rasmolla@widener.edu.

Dated: March 11, 2020

LANDIS RATH & COBB LLP

_____
Rebecca L. Butcher (No. 3816)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:   butcher@lrclaw.com
         pierce@lrclaw.com
*Attorneys for Applicant Storag Etzel GmbH*